| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DEAN O. YOUNG JR. |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-mj-00132-CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO ADVANCE PRELIMINARY** |
| vs. | ) **EXAMINATION HEARING** |
| | ) |
| DEAN O. YOUNG, JR., | ) Date: July 30, 2018 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Deborah Barnes |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Timothy H. Delgado, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that the Preliminary Examination Hearing scheduled for July 30, 2018 may be vacated and advanced to July 27, 2018 at 2:00 p.m.**

The Complaint in this case was filed on July 13, 2018 against Defendants Dean O. Young Jr. and Isaiah E. Cole. Defendant Dean O. Young Jr. appeared before Magistrate Judge Allison Claire on July 16, 2018. Judge Claire set the matter for a preliminary hearing 14 days later on July 30, 2018. Defense counsel for Defendant Young has a conflict with the currently scheduled date and wishes to advance the preliminary hearing date as to Mr. Young only. Federal Rule of Criminal Procedure 5.1(c) requires that the preliminary hearing occur no later than 14 days from

Stipulation and [Proposed] Order to Advance    -1-    *U.S. v Young, et al*, 2:18-MJ-00132-CKD
Preliminary Examination Hearing.

the initial appearance if the defendant is in custody. Rather than continue the preliminary hearing, and thereby triggering the requirement in Rule 5.1(d) to show good cause, the parties stipulate that the hearing may be advanced to the mutually convenient date of Friday, July 27, 2018, at 2:00 p.m. The parties anticipate that an indictment will be filed prior to the preliminary examination hearing date, thereby converting the scheduled hearing to an arraignment on the indictment.

Respectfully submitted,

Date: July 26, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 26, 2018

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DEAN O. YOUNG, JR.

Stipulation and [Proposed] Order to Advance
Preliminary Examination Hearing.
-2-
*U.S. v Young, et al*, 2:18-MJ-00132-CKD

# **O R D E R**

The Court has reviewed and considered the parties' above stipulation. The Court accepts the stipulation in its entirety and hereby ORDERS that the preliminary hearing as to Defendant Young be advanced from July 30, 2018 to July 27, 2018, at 2:00 p.m., before Magistrate Judge Allison Claire. The preliminary hearing date on July 30, 2018, as to Defendant Young, shall be vacated. The preliminary hearing date as to Defendant Cole will remain as calendared.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Advance Preliminary Examination Hearing.  -3-  *U.S. v Young, et al*, 2:18-MJ-00132-CKD