1 MCGREGOR W. SCOTT
United States Attorney
2 TIMOTHY H. DELGADO
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0142-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: August 28, 2018 |
| DEAN ORLAND YOUNG, JR. and ISAIAH ELIJAH COLE, | Time: 9:15 a.m. Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Dean Orland Young, Jr. and Isaiah Elijah Cole, through their respective counsel, stipulate that the status conference currently set for August 28, 2018, be continued to October 30, 2018, at 9:15 a.m.

On July 27, 2018, Mr. Young was arraigned on the six-count Indictment in this case. (ECF Nos. 18, 21.) Mr. Cole was arraigned three days later. (ECF No. 22.) In the days following, the government produced to the defense discovery that includes 219 pages of reports and memoranda, 445 photos, and a litany of audio and video recordings. Counsel for both defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for August 28, 2018, be continued to October 30, 2018, at 9:15 a.m. The parties further agree that time under the

Speedy Trial Act should be excluded from the date the parties stipulated, to and including October 30, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: August 24, 2018         */s/ Timothy H. Delgado*
                               TIMOTHY H. DELGADO
                               Assistant United States Attorney
                               Attorney for Plaintiff United States

Dated: August 24, 2018         */s/ THD for Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorney for Defendant Dean O. Young, Jr.

Dated: August 24, 2018         */s/ THD for Peter Kmeto*
                               PETER KMETO
                               Attorney for Defendant Isaiah E. Cole

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including October 30, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 28, 2018 status conference be continued to October 30, 2018, at 9:15 a.m.

Dated: August 24, 2018         /s/ John A. Mendez_____
                               Hon. John A. Mendez
                               United States District Court Judge