HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEAN O. YOUNG JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00142-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) Date: July 16, 2019 |
| DEAN O. YOUNG, JR. et al, | ) Time: 9:15 a.m. |
| | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Timothy H. Delgado, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr. and Attorney Peter Kmeto, Attorney for Co-Defendant Isaiah Elijah Cole, **that the Status Conference scheduled for July 16, 2019 may be vacated and continued to August 20, 2019.**

The continuance is requested due to defense counsel unavailability and to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 20, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

                      Respectfully submitted,

Date: July 10, 2019              McGREGOR W. SCOTT
                                       United States Attorney

                                       */s/Timothy H. Delgado*
                                       TIMOTHY H. DELGADO
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: July 10, 2019              */s/ Jerome Price*
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DEAN O. YOUNG, JR.

Date: July 10, 2019              */s/ Peter Kmeto*
                                       PETER KMETO
                                       Attorney for Co-Defendant
                                       ISAIAH ELIJAH COLE

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 20, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 16, 2019 Status Conference shall be continued until August 20, 2019, at 9:15 a.m.**

**IT IS SO ORDERED.**

DATED: 7/10/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge