McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN ORLAND YOUNG, JR. and<br>ISAIAH ELIJAH COLE,<br><br>Defendants. | CASE NO. 2:18-CR-0142-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 5, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendants Dean Orland Young, Jr. and Isaiah Elijah Cole, through their respective counsel, stipulate that the status conference currently set for November 5, 2019, be continued to November 26, 2019, at 9:15 a.m.

On July 27, 2018, Mr. Young was arraigned on the six-count Indictment in this case. (ECF Nos. 18, 21.) Mr. Cole was arraigned three days later. (ECF No. 22.) In the days following, the government produced to the defense discovery that includes 219 pages of reports and memoranda, 445 photos, and a litany of audio and video recordings. In the coming weeks, the government anticipates producing to both defense counsel additional discovery that includes digital evidence (a forensic extraction from one of the cell phones seized in this case) and a videotaped interview with one of the defendants.

Counsel for both defendants will require time to review these new materials, as well as the items already produced, time to discuss them with their clients, time to conduct research into any potential

suppression issues or motions to dismiss, time to conduct additional investigation, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for November 5, 2019, be continued to November 26, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, to and including November 26, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: October 29, 2019  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for plaintiff United States of America*

Dated: October 29, 2019  /s/ THD for Jerome Price
JEROME PRICE
Assistant Federal Defender
*Attorney for defendant Dean O. Young, Jr.*

Dated: October 29, 2019  /s/ THD for Peter Kmeto
PETER KMETO
Law Office of Peter Kmeto
*Attorney for defendant Isaiah E. Cole*

| | |
|---|---|
| 1 | ORDER |

2  The Court, having received and considered the parties' stipulation, and good cause appearing
3  therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the
4  failure to grant a continuance in this case would deny counsel reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence. The Court also finds that the ends of
6  justice served by granting the requested continuance outweigh the best interests of the public and the
7  defendants in a speedy trial.

8  The Court orders that the time from the date the parties stipulated, to and including November
9  26, 2019, shall be excluded from computation of time within which the trial in this case must begin
10  under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and
11  General Order 479 [Local Code T4]. It is further ordered that the November 5, 2019 status conference
12  be continued to November 26, 2019, at 9:15 a.m.

14  Dated:  October 29, 2019                              /s/ John A. Mendez_____
                                                         Hon. John A. Mendez
15                                                       United States District Court Judge