| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DEAN O. YOUNG JR. |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00142-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER**<br>) **TO CONTINUE STATUS CONFERENCE** |
| vs. | ) Date: January 7, 2020 |
| DEAN O. YOUNG, JR. et al, | ) Time: 9:15 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Timothy H. Delgado, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Young only, the Status Conference scheduled for January 7, 2020 may be vacated and continued to March 3, 2020 at 9:15 a.m.**

The continuance is requested to provide defense counsel additional time to review forthcoming forensic evidence and consult with Mr. Young regarding the contents of his cellular phone. Defense counsel also requires additional time to engage in plea negotiations, continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 3, 2020, pursuant to 18 U.S.C.

Stipulation and [Proposed] Order to Continue Status Conference     -1-     *U.S. v Young, et al.*, 2:18-CR-00142-JAM

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Date: January 3, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2020

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
DEAN O. YOUNG JR.

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 3, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **As to Defendant Dean Young, it is further ordered the January 7, 2020 Status Conference shall be continued until March 3, 2020, at 9:15 a.m.**

**IT IS SO ORDERED.**

Dated: January 3, 2020         /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge