HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEAN O. YOUNG JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN O. YOUNG, JR. et al,<br><br>Defendant. | Case No. 2:18-cr-00142-JAM<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE**<br><br>Date:   September 29, 2020<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Ross Pearson, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Young only, the Status Conference scheduled for September 29, 2020 may be continued to October 27, 2020 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on September 29, 2020.
2. By stipulation, Mr. Young now moves to continue the status conference to October 27, 2020 at 9:30 a.m.
3. The defense has relayed that it is seeking the requested continuance to provide defense counsel additional time to review forthcoming forensic evidence and consult with Mr. Young regarding the contents of his cellular phone. Defense

counsel also requires additional time to: engage in plea negotiations, continue the factual investigation, review discovery, and conduct necessary legal research to determine an appropriate resolution in this matter.

4. The government does not object to the continuance.

5. Based upon the foregoing, the parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, the time between September 29, 2020 and October 27, 2020 (inclusive) should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request based upon a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Young in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2020          */s/ Jerome Price*
                                  JEROME PRICE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DEAN O. YOUNG JR.

Date: September 22, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Ross Pearson*
                                  ROSS PEARSON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 22, 2020              /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge