|  |  |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
|   | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
|   | DEAN O. YOUNG JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00142-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **TO CONTINUE STATUS CONFERENCE** |
| vs. | ) |
|  | ) Date:  February 23, 2021 |
| DEAN O. YOUNG, JR. et al, | ) Time:  9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Ross Pearson, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Orland Young only, the Status Conference scheduled for February 23, 2021 may be continued to March 23, 2021 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on February 23, 2021.

2. By stipulation, Mr. Young now moves to continue the status conference to March 23, 2021 at 9:30 a.m.

3. Defense counsel requests additional time to review new discovery materials and consult with Mr. Young regarding its contents.  Defense counsel also requires additional time to: engage in plea negotiations, continue the factual investigation and conduct necessary legal research to determine an appropriate resolution in this matter. The government previously

1  extended a plea offer to Mr. Young. Since the last status conference, the parties have discussed
2  the plea offer and counsel for Mr. Young indicated that he wishes to conduct additional research
3  into potential mitigating factors to present to the government. In addition, counsel for Mr. Young
4  has been unable to meet with Mr. Young to discuss these plea negotiations and the plea
5  agreement with Mr. Young.

6      4.    Since the communication with clients at the Sacramento County Jail has been
7  hampered due to quarantine procedures relating to the COVID-19 outbreak, this proposed
8  continuance will facilitate counsel's ability to meet and confer with Mr. Young.

9      5.    The government does not object to the continuance.

10      6.    Based upon the foregoing, the parties further stipulate that for the purpose of
11  computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, the time between February
12  23, 2021 and March 23, 2021 (inclusive) should be deemed excludable pursuant to 18 U.S.C. §
13  3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the
14  Court at the defense's request based upon a finding that the ends of justice served by granting the
15  continuance outweighs the best interest of the public and Mr. Young in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 19, 2021        */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
DEAN O. YOUNG JR.


Date: February 19, 2021        McGREGOR W. SCOTT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED:  February 19, 2021                 /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE