HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEAN O. YOUNG JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00142-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) | Date: March 23, 2021 |
| DEAN O. YOUNG, JR. et al, | ) ) | Time: 9:30 a.m. Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Orland Young only, the Status Conference scheduled for March 23, 2021 may be continued to April 20, 2021 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on March 23, 2021.

2. By stipulation, Mr. Young now moves to continue the status conference to April 20, 2021 at 9:30 a.m.

3. Defense counsel requests additional time to review new discovery materials and consult with Mr. Young regarding its contents. Defense counsel also requires additional time to: engage in plea negotiations, continue the factual investigation and conduct necessary legal research to determine an appropriate resolution in this matter. The government previously

1  extended a plea offer to Mr. Young. Since the last status conference, the parties have discussed
2  the plea offer and counsel for Mr. Young indicated that he wishes to conduct additional research
3  into potential mitigating factors to present to the government.

4      4.    Since the communication with clients at the Sacramento County Jail has been
5  hampered due to quarantine procedures relating to the COVID-19 outbreak, this proposed
6  continuance will facilitate counsel's ability to meet and confer with Mr. Young.

7      5.    The government does not object to the continuance.

8      6.    Based upon the foregoing, the parties further stipulate that for the purpose of
9  computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, the time between March
10 23, 2021 and April 20, 2021 (inclusive) should be deemed excludable pursuant to 18 U.S.C. §
11 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the
12 Court at the defense's request based upon a finding that the ends of justice served by granting the
13 continuance outweighs the best interest of the public and Mr. Young in a speedy trial.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                  Federal Defender

Date: March 18, 2021                */s/ Jerome Price*
                                  JEROME PRICE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DEAN O. YOUNG JR.

Date: March 18, 2021                PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  */s/ Ross Pearson*
                                  ROSS PEARSON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: March 18, 2021              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE