HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEAN O. YOUNG JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00142-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| DEAN O. YOUNG, JR. et al, | Date: April 20, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Orland Young only, the Status Conference scheduled for April 20, 2021 may be continued to May 25, 2021 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on April 20, 2021.

2. By stipulation, Mr. Young now moves to continue the status conference to May 25, 2021 at 9:30 a.m.

3. Defense counsel requests additional time to: engage in plea negotiations, continue the factual investigation and conduct necessary legal research to determine an appropriate resolution in this matter. The government previously extended a plea offer to Mr. Young. Since the last status conference, the parties have discussed the plea offer and counsel for Mr. Young

indicated that he wishes to conduct additional research into potential mitigating factors to present to the government.

4. Since the communication with clients at the Sacramento County Jail has been hampered due to quarantine procedures relating to the COVID-19 outbreak, this proposed continuance will facilitate counsel's ability to meet and confer with Mr. Young.

5. The government does not object to the continuance.

6. Based upon the foregoing, the parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, the time between April 20, 2021 and May 25, 2021 (inclusive) should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request based upon a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Young in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 15, 2021               */s/ Jerome Price*
                                   JEROME PRICE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DEAN O. YOUNG JR.


Date: April 15, 2021               PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   */s/ Ross Pearson*
                                   ROSS PEARSON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: April 16, 2021                          /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE