PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00142-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEAN ORLANDO YOUNG, | DATE: June 29, 2021 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 29, 2021.

2. By this stipulation, the parties now move to continue the status conference until July 20, 2021, and to exclude time between June 29, 2021, and July 20, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 219 pages of reports and memoranda, 445 photos, and a litany of audio and video recordings. In addition, since the last status conference in this case the government has produced an additional forensic report and phone extraction of the defendant's phone. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the new discovery materials, as well as the items already produced, discuss them with their clients, conduct research into any potential suppression issues or motions to dismiss, conduct additional investigation, and prepare for trial. The parties have also engaged in plea discussions and are optimistic that they will be able to resolve this case without a trial. The United States has previously extended a plea offer to Young, which would resolve potential charges in another district as well as charges in this case. Since the last continuance in this matter, counsel for Young has proposed a different plea offer and he wishes to continue to investigate potential mitigating evidence and present it to the United States in hopes of further leniency. Counsel for Young has begun compiling mitigating evidence but needs additional time to continue this investigation and present this reciprocal discovery to the United States. In addition, the United States needs to inform the victims of the new plea proposal. *See* 18 U.S.C. § 3771(9).

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2021 to July 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Dated: June 17, 2021                            PHILLIP A. TALBERT
                                               Acting United States Attorney

                                               /s/ ROSS PEARSON
                                               ROSS PEARSON
                                               Assistant United States Attorney


Dated: June 17, 2021                            /s/ *Jerome Price*
                                               JEROME PRICE
                                               Counsel for Defendant
                                               DEAN ORLANDO YOUNG
                                               (Authorized by email on June 17, 2021)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of June, 2021.

                                                 /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE