PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00142-JAM |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEAN ORLANDO YOUNG, | DATE: October 5, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 5, 2021.

2.      By this stipulation, the parties now move to continue the status conference until October 19, 2021, and to exclude time between October 5, 2021, and October 19, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 219 pages of reports and memoranda, 445 photos, and a litany of audio and video recordings. In addition, since the last status conference in this case the government has produced an additional forensic report and phone extraction of the defendant's phone. All of this

1    discovery has been either produced directly to counsel and/or made available for inspection and

2    copying.

3              b)        Counsel for defendant desires additional time to review the new discovery

4    materials, as well as the items already produced, discuss them with their clients, conduct research

5    into any potential suppression issues or motions to dismiss, conduct additional investigation, and

6    prepare for trial.  The parties have also engaged in plea discussions and are optimistic that they

7    will be able to resolve this case without a trial.  The United States has previously extended a plea

8    offer to Young, which would resolve potential charges in another district as well as charges in

9    this case.  Since the last continuance in this matter, the parties have reached a plea agreement and

10   signed it. The extra time is due to scheduling conflicts and the need to arrange for arraignment on

11   the Superseding Information. In addition, counsel for Young is currently in trial, and will not be

12   available on October 5, as previously believed.

13             c)        Counsel for defendant believes that failure to grant the above-requested

14   continuance would deny him/her the reasonable time necessary for effective preparation, taking

15   into account the exercise of due diligence.

16             d)        The government does not object to the continuance.

17             e)        Based on the above-stated findings, the ends of justice served by continuing the

18   case as requested outweigh the interest of the public and the defendant in a trial within the

19   original date prescribed by the Speedy Trial Act.

20             f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

21   et seq., within which trial must commence, the time period of October 5, 2021 to October 19,

22   2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

23   T4] because it results from a continuance granted by the Court at defendant's request on the basis

24   of the Court's finding that the ends of justice served by taking such action outweigh the best

25   interest of the public and the defendant in a speedy trial.

26   4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

27   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

28   must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2

3

4    Dated:  September 30, 2021                    PHILLIP A. TALBERT
                                                   Acting United States Attorney

5
                                                   /s/ ROSS PEARSON
6                                                  ROSS PEARSON
                                                   Assistant United States Attorney
7

8
     Dated:  September 30, 2021                    /s/ *Jerome Price*
9                                                  JEROME PRICE
                                                   Counsel for Defendant
10                                                 DEAN ORLANDO YOUNG
                                                   (Authorized by email on
11                                                 September 30, 2021)

12

13

14

15
                              **FINDINGS AND ORDER**
16
     IT IS SO FOUND AND ORDERED this 30th day of September, 2021.
17

18
                                                   /s/ John A. Mendez
19                                                 THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28