PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00142-JAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: January 25, 2022 |
| DEAN ORLAND YOUNG, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 25, 2022.

2. By this stipulation, the parties move to continue the sentencing until March 8, 2022.

3. The parties need additional time to prepare for sentencing and discuss and investigate matters that may impact the sentence in this case. In addition, a presentence report has not yet been prepared, and therefore the additional time is needed to prepare a presentence report.

IT IS SO STIPULATED.

Dated: January 20, 2022        PHILLIP A. TALBERT
                               United States Attorney

                               /s/ ROSS PEARSON
                               ROSS PEARSON
                               Assistant United States Attorney

Dated: January 20, 2022        /s/ JEROME PRICE
                               JEROME PRICE
                               Counsel for Defendant
                               DEAN ORLAND YOUNG
                               (Authorized by email on January
                               20, 2022)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of January, 2022.

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE