PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00142-JAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| DEAN ORLAND YOUNG, | DATE: March 8, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 8, 2022.

2. By this stipulation, the parties move to continue the sentencing until March 15, 2022, at 9:30 a.m.

3. The parties need additional time to prepare for sentencing. In addition, counsel for the United States is scheduled for a day-long evidentiary hearing on March 8.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 3, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  March 3, 2022 | /s/ JEROME PRICE<br>JEROME PRICE<br>Counsel for Defendant<br>DEAN ORLAND YOUNG<br>(Authorized by email on March 3, 2022) |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE